

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00058-CV

In the **INTEREST OF S.A.C.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00376
Honorable Charles Montemayor, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that no costs be assessed against appellant A.A.M. because she is indigent.

SIGNED May 22, 2013.

_____
Marialyn Barnard, Justice